BEFORE THE SECOND DIVISION, MAY 31, 1961

No. 65710.—Herz Specialty Products, Inc., and Rietmann-Pilcer Co. v. United States, protest 220728-K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C.D. 1639), the claim of the plaintiffs was sustained.

No. 65711.—Ronco Corporation v. United States, protests 234437-K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal magnetos and parts thereof the same in all material respects as those the subject of *Ronco Corporation* v. *United States* (44 Cust. Ct. 253, C.D. 2184), the claim of the plaintiff was sustained.